UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LORENZO REDD,

                 Plaintiff,

-against-                                  21 **CIVIL** 06448 (PMH)

**JUDGMENT**

MEDTRONIC INC., et al.,

                 Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated December 13, 2022, Defendants motions to dismiss are GRANTED. Plaintiff's claims against Medtronic and WMC are dismissed with prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order of Dismissal would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Accordingly, the case is closed.

**Dated:** New York, New York

        December 13, 2022

                                                                             **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                                      **BY:**

                                                                             **Deputy Clerk**